DEFENDANT   RANGEL, JUAN CARLOS                          CHARGE      DWI

PHYSICAL DESCRIPTION      W/M/507/155/BLK/BRN/06-01-80          DL#      TX 09220610

ADDRESS   3381 SHERWOOD ST., PLANO, TX 75074                  LOCATION

FILING AGENCY      ALLEN      DATE SUBMITTED   10/29/04      ARREST DATE      10/16/04

OFFENSE DATE   10/16/04                          COMPLAINANT

COMPANION CASES                  CO-DEFENDANTS

CAUSE NO.   4-86978-04          DATE FILED      12-3-04      TAPE NO.   25420

# INFORMATION

**In the Name and by Authority of the State of Texas.**

NOW COMES THE CRIMINAL DISTRICT ATTORNEY of Collin County, State of Texas, and presents in and to the County Court At Law _____ of Collin County, State aforesaid, that one Juan Carlos Rangel hereinafter styled Defendant heretofore, on or about the 16th day of October A.D., 2004 in the County of Collin and State of Texas, did then and there

operate a motor vehicle in a public place while the said defendant was intoxicated by not having the normal use of his mental or physical faculties by reason of the introduction of alcohol into the body,

while intoxicated namely: did not have the normal use of his mental or physical faculties by reason of the introduction of alcohol, a controlled substance, a drug a dangerous drug, a combination of two or more of those substances, or any other substance into the body, and while so intoxicated the said Juan Carlos Rangel did then and there operate a motor vehicle in a public place,

operate a motor vehicle in a public place while the said defendant was intoxicated by having an alcohol concentration of at least 0.08,

Against the peace & dignity of the State.

_John R Roes_

_____
Criminal District Attorney of Collin County, Texas

GOVERNMENT
EXHIBIT
1

FILED
COUNTY COURT AT LAW

DEC 0 3 2004

BRENDA TAYLOR ___ CLERK
COLLIN COUNTY, TEXAS
BY _____ DEPUTY

**Cause No.4-86978-04**

| | |
|---|---|
| **THE STATE OF TEXAS** | **IN THE COUNTY COURT** |
| **VS.** | **AT LAW NO. 4** |
| **JUAN CARLOS RANGEL** | **COLLIN COUNTY, TEXAS** |

### JUDGMENT - PLEA OF GUILTY BEFORE COURT – COMMUNITY SUPERVISION

The defendant has been charged by information with the misdemeanor offense of **DRIVING WHILE INTOXICATED**. This cause was called for trial; the State of Texas appeared and the defendant appeared either with counsel or having voluntarily, knowingly, and intelligently waived counsel.

The defendant was arraigned, or waived arraignment, and admonished as to the consequences of his or her plea in open court, the defendant pleaded Guilty or Nolo Contendere to the Information, and knowingly and intelligently waived trial by jury. Having heard the defendant's plea, the evidence submitted, and the arguments of counsel, the court is of the opinion that the defendant is guilty.

It is therefore ORDERED, ADJUDGED AND DECREED that the defendant is guilty of the misdemeanor offense of **DRIVING WHILE INTOXICATED** committed on the **16TH** day of **OCTOBER, 2004**, as charged in the Information.

The court assesses a fine of **$750.00**, costs of the court, and **60 DAYS** confinement in the Collin County jail.

It is therefore ORDERED, ADJUDGED and DECREED that the defendant be remanded to the custody of the Sheriff of Collin County, Texas, to be confined until all fines and costs are paid, and until the term of confinement has expired, with **3 DAYS** credit for time spent in jail from the time of arrest until date of sentence.

It is further ORDERED, ADJUDGED and DECREED that the confinement is suspended and that the defendant is placed on community supervision for a period of **1 YEAR** from the date of this order, the conditions being contained in this Court's separate order made a part of this judgment.

It is further ORDERED, ADJUDGED and DECREED that all writs, processes, commitments, and capii may issue for enforcement of any fine, cost, and term-and-condition incarceration ordered as a condition of supervision.

It is further ordered that the cost to Collin County for the payment of this defendant's court-appointed attorney, if any, is taxed against this defendant as court costs. The county clerk is granted leave to amend the court costs to reflect this amount without the necessity of a further order.

SIGNED this **21ST** day of **JANUARY, 2005**.

I am the defendant who received this judgment and sentence assessed on this date

RAYMOND G. WHELESS
PRESIDING JUDGE
3 DAYS credit to be applied toward the fine and court costs assessed in this case.
Court Costs **421.00**

RIGHT THUMB

**NO: 4-86978-04**

| | | |
|---|---|---|
| **THE STATE OF TEXAS** | **REGULAR** | **IN THE COUNTY COURT** |
| **Vs** | **PROBATION** | **AT LAW NO.4** |
| **JUAN CARLOS RANGEL** | | **COLLIN COUNTY, TEXAS** |

## ORDER PLACING DEFENDANT ON COMMUNITY SUPERVISION

The court, having suspended the imposition of confinement in this case, or having deferred a finding of guilt, and having placed the defendant on community supervision for the offense of DRIVING WHILE INTOXICATED for a period of 1 YEAR in the above-entitled and numbered cause on the 21ST day of JANUARY, 2005, hereby **ORDERS** the defendant, during this period of supervision, to comply with the following terms and conditions:

## THE DEFENDANT SHALL:

(1) commit no offense against the laws of this State, any other state or the United States;

(2) not use marijuana, dangerous drugs or any substance prohibited by the Texas Controlled Substances Act;

(3) avoid persons and places of disreputable or harmful character;

(4) report to a _____/Collin County supervision officer as scheduled by the supervision officer;

(5) permit the supervision officer to visit him/her at home or elsewhere;

(6) work faithfully at suitable employment;

(7) report any change in address or employment and any arrest to the supervision officer within 48 hours;

(8) remain within _____/Collin County, Texas, unless permitted to depart by the supervision officer;

(9) support his/her dependents;

(10) submit to testing, as required by the supervision officer, to determine the illegal use of any drug, controlled substance and/or alcohol and reimburse all costs of testing as directed by the supervision officer within thirty (30) days of submitting to the test. If the defendant's bodily-fluid specimen evidences prohibited usage of a drug, controlled substance, or alcoholic beverage while on supervision, or upon admission to use, the defendant shall serve 7 days in jail as a term-and-condition of supervision; and for another such specimen evidencing subsequent prohibited usage while on supervision, the defendant shall serve 14 days in jail as a term-and-condition of supervision. Work release and off-work hours release is authorized for such term-and-condition incarceration;

(11) to the Community Supervision and Corrections Department, in the order listed:

    **a.** pay restitution of $ within 30 days;

    **b.** between the 1st and 15th of each month; and if the defendant is not in jail, prison, or a residential treatment center; or is not being supervised out of state, pay a supervision fee of $50.00 per month, plus an additional $5.00 per month if on supervision for an offense under Section. 21.08 or 25.06 of the Texas Penal Code.

    **c.** pay court costs of **$421.00** within 30 days;

    **d.** pay the assessed fine assessed of **$750.00** within 30 days;



2

013  00  0  0935

4-86978-04

If the defendant contends that he or she is indigent and requests permission to discharge fines, costs, or   supervision fees by performing community service, the Community Supervision and Corrections Department is authorized to credit the defendant at the rate of $12.50 for every hour of community service performed;

**(12)** participate in the Treatment Alternatives to Incarceration Program by submitting to a substance abuse evaluation and successfully completing the recommended course of treatment;

**(13)** report to the Collin County Detention Facility at 4300 Community Avenue, McKinney, Texas, within 24 hours for the purpose of providing processing information, and remain until permitted to depart;

**(14)** answer all inquires directed to him/her promptly and truthfully, and provide information as requested by the supervision officer;

## ADDITIONAL OR SPECIAL CONDITIONS

(15) report to the Community Supervision and Corrections Office to submit to an alcohol evaluation and reimburse that office for the costs of said evaluation within ten (10) days of this order, and defendant is to follow all recommendation of the Drivers Risk Inventory;

(16) attend and successfully complete a 12-hour DWI education course and pay the cost of said course within five (5) months of this order;

(17) perform 50 hours of community service, at the rate of  not less than 10 hours per month and pay all costs associated with this requirement, as directed by the supervision officer;

(18) attend a meeting of the local Victim Impact Panel and present verification to the supervision officer within eight (8) months of this order;

(19) not consume alcohol in any form.

**This Order expires on the 20TH day of JANUARY, 2006.**
**SIGNED this 21ST day of JANUARY, 2005.**

RAYMOND G. WHELESS
PRESIDING JUDGE

WITNESS: _____
supervision officer

_____
defendant

right thumb

THE STATE OF TEXAS) I Brenda Taylor, Clerk, County Court
COUNTY OF COLLIN) Collin County, Texas. Do hereby certify
that the foregoing instrument of writing is a full, true and
correct copy of the instrument as filed for record in my office
the 21 day of January, 20 05 No 4-86978-04
Witness my hand and official seal at my office in McKinney,
Texas, this 21 day of July 20 06 .

Brenda Taylor, Clerk, County Court
Collin County Texas,
By Michelle Williams Deputy

3



Community Supervision and Corrections Department

March 30, 2006

Re:  Juan Carlos Rangel
Date of Birth:     06-01-80
Cause Number:  4-86978-04

To Whom It May Concern:

The above-named defendant was supervised by this department on a DWI charge from 01/21/05 until 01/20/06.  He successfully completed all conditions of supervision.

Sincerely,

Juan Morales
Adult Supervision Officer



900 E. Park Blvd., Suite 200 • Plano, Texas 75074

Revised 03/03